IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY W. JACKSON**                                                                                    **PLAINTIFF**
**ADC #078665**

v.                                    **CASE NO. 4:25-CV-00867-BSM**

**DEXTER PAYNE,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE